**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

MEDSOURCE, LLC,

    Plaintiff,

v.

DEROYAL INDUSTRIES, INC., KEVIN
KATSCHANOW, ORTHO WORKZ, INC., ORTHO
WORKZ SOUTH LLC, MENDELSON
KORNBLUM ORTHOPEDICS, P.C. d/b/a
MENDELSON KORNBLUM – ORTHOPEDICS &
SPINE SURGEONS, DR. STEPHEN MENDELSON
DR. DAVID MENDELSON, DR. JEFFREY
MENDELSON, DR. MARTIN KORNBLUM, DR.
ANDREW MONK, and KEN JONES,

    Defendants.

Case No. 12-11946

Hon. John Corbett O'Meara

Mag. Judge Mark A. Randon

**ORDER GRANTING IN PART ORTHOKINECT'S MOTION TO**
**QUASH SUBPOENA DIRECTED TO CHASE BANK (DKT. 79)**

This matter is before the Court on non-party Othokinect LLC's motion to quash Plaintiff's subpoena directed to Chase Bank (Dkt. 79). The Court has reviewed this motion, Plaintiff's response and Orthokinect's reply. Being otherwise fully advised, and for the reasons stated on the record:

IT IS ORDERED that the motion is GRANTED IN PART. As agreed to by Plaintiff, Orthokinect or Chase Bank shall only be required to produce those financial transactions involving:

    a.    Orthoworkz, Inc.
    b.    Ortho Workz South LLC
    c.    Kevin Katschanow
    d.    Timothy Kalbfleisch
    e.    Natalie Hauck, and
    f.    Ken Jones

limited to the period January 1, 2010 to the present. The production of additional financial records from Chase Bank shall not be required, in the absence of a separate court order.

                                                  s/Mark A. Randon  
                                                  MARK A. RANDON  
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2012

                                     *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2012, by electronic and/or first class U.S. mail.*

                                                *s/Melody R. Miles*  
                                                *Case Manager to Magistrate Judge Mark A. Randon*